*1178 ante, p. 1139;
513 U. S. 837;
ante, p. 1141;
514 U. S. 1064;
ante, p. 1141;
514 U. S. 1108;
ante, p. 1116;
514 U. S. 1096;
514 U. S. 1127;
ante, p. 1104;
ante, p. 1104;
ante, p. 1104;
ante, p. 1143;
ante, p. 1144;
ante, p. 1145;
*1179 No. 94-7286.
No. 94-7789.
No. 94-8195.
No. 94-8273.
No. 94-8377.
No. 94-8379.
No. 94-8502.
No. 94-8560.
No. 94-8576.
No. 94-8628.
No. 94-8655.
No. 94-8666.
No. 94-8675.
No. 94-8705.
No. 94-8707.
No. 94-8712.
No. 94-8722.
No. 94-8725.
No. 94-8734.
No. 94-8775.
No. 94-8778.
No. 94-8780.
No. 94-8781.
No. 94-8786.
No. 94-8802.
513 U. S. 1166;
ante, p. 1105;
514 U. S. 1070;
ante, p. 1105;
ante, p. 1123;
ante, p. 1105;
514 U. S. 1117;
514 U. S. 1119;
514 U. S. 1119;
514 U. S. 1126;
514 U. S. 1131;
514 U. S. 1131;
ante, p. 1133;
ante, p. 1106;
514 U. S. 1120;
ante, p. 1106;
ante, p. 1133;
ante, p. 1106;
ante, p. 1106;
ante, p. 1107;
ante, p. 1123;
ante, p. 1123;
ante, p. 1123;
ante, p. 1124;
ante, p. 1124;
*1180 No. 94-8843.
No. 94-8844.
No. 94-8846.
No. 94-8856.
No. 94-8904.
No. 94-8927.
No. 94-8941.
No. 94-8954.
No. 94-8958.
No. 94-8959.
No. 94-8978.
No. 94-8991.
No. 94-9017.
No. 94-9051.
No. 94-9063.
No. 94-9071.
No. 94-9097.
No. 94-9160.
No. 94-9190.
No. 94-9206.
No. 94-9222.
No. 94-9232.
No. 94-9235.
No. 94-9267.
No. 94-9273.
No. 94-9274.
No. 94-9348.
No. 94-9392.
ante, p. 1125;
ante, p. 1133;
ante, p. 1133;
ante, p. 1125;
ante, p. 1135;
ante, p. 1135;
ante, p. 1146;
ante, p. 1146;
ante, p. 1146;
ante, p. 1146;
ante, p. 1147;
ante, p. 1147;
ante, p. 1126;
ante, p. 1109;
ante, p. 1148;
ante, p. 1163;
ante, p. 1163;
ante, p. 1136;
ante, p. 1149;
ante, p. 1128;
ante, p. 1128;
ante, p. 1166;
ante, p. 1149;
ante, p. 1150;
ante, p. 1150;
ante, p. 1150;
ante, p. 1151; and
ante, p. 1167. Petitions for rehearing denied.